MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

v.

JAMES, Emmanuel Adonnis   Crim. No.: 24CR20548-01

On December 30, 2025, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation(s) of supervision. The issue of the violation was heard in Court on January 21, 2026, and the Court made the following findings:

__X__  The violation petition was dismissed. The following special condition of supervision is added. "You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (Provider, Location, Modality, Duration, Intensity, Etc.)"

Respectfully submitted,

*C. Lipsey*  
Chaniqua Lipsey  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated: January 26, 2026

Honorable Robert J. White  
United States District Judge